■ In the Matter of DAVID SEGAL, a Suspended Attorney. [653 NYS2d 848] —The Hearing Panel's findings of fact and conclu-

sions of law are confirmed and the motion for reinstatement as an attorney and counselor-at-law in the State of New York is granted to the extent of directing that petitioner shall be reinstated on condition that he submit proof to this Court of having obtained malpractice insurance within 60 days of the date hereof, and upon the further order of this Court. No opinion. Concur—Rosenberger, J. P., Ellerin, Rubin, Williams and Tom, JJ.